## ANDREW MACISON
### v.
## JOEL THOMAS

### 1811

### JOURNAL ENTRIES

1. Depositions opened . . . . . . . . *Journal, infra,* \*p. 345
2. Liability confessed; judgment . . . . . . . " 348

### PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . . .
2. Depositions of John Shryack and William Parkison, and commission for taking depositions . . . . . . . .
3. Promissory note . . . . . . . . . . . .
4. Subpoena for John Shryack and William Parkison . . . . . .
5. Capias ad satisfaciendum . . . . . . . . *Printed in Vol. 2*

220

## Papers in D. C. File

1. Capias ad respondendum . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . . .